UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:20-cv-00232-D

| | |
|---|---|
| SUNTECK TRANSPORT COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN EXPRESS LLC,<br><br>    Defendant. | **ENTRY OF DEFAULT AGAINST<br>DEFENDANT MARTIN EXPRESS LLC** |

This matter came before the Court on the motion of Plaintiff Sunteck Transport Company, LLC for an entry of default under Rule 55(a) of the Federal Rules of Civil Procedure against Defendant Martin Express LLC. Upon a review of the motion and the docket for this action, the Court finds as follows:

1. Defendant was properly served with a copy of the summons and complaint on December 18, 2020, as set forth in the Affidavit of Service on file in this matter.

2. Pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant's response to the complaint was due on or before January 11, 2021.

3. To date, Defendant has failed to file with the Court an answer, pleading, or motion responsive to the complaint.

4. Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff is entitled to entry of default against Defendant.

5. Defendant is not an infant, incompetent, or engaged in active military service.

Based on the foregoing, the Court concludes that Defendant Martin Express LLC is now subject to entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Accordingly, Plaintiff's request for entry of default is GRANTED.

NOW THEREFORE, default is hereby entered against Defendant Martin Express LLC under Rule 55(a) of the Federal Rules of Civil Procedure.

Entered this the  9  day of     February    , 2021.

                                                         Clerk of Court