UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:20-cv-00232-D

SUNTECK TRANSPORT COMPANY, LLC,

    Plaintiff,

v.

MARTIN EXPRESS LLC,

    Defendant.

**DEFAULT JUDGMENT**

This matter came before the Court on Plaintiff Sunteck Transport Company, LLC's Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(1).

It appears to the Court, upon review of the Motion and its attachments, the Complaint, and the Court file for this action that:

1. Plaintiff filed its complaint on December 15, 2020, and this Court issued summons thereon addressed to Defendant Martin Express LLC on December 16, 2020.

2. Defendant Martin Express LLC was served with the summons and complaint not later than December 18, 2020, as evidenced by the Affidavit of Service filed with this Court. [D.E. 6.]

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant Martin Express LLC was required to serve a responsive pleading or motion on or before January 11, 2021.

4. Defendant Martin Express LLC, a limited liability company, is not now, nor was it at any time pertinent to this action, a member of any branch of the United States military.

5. Defendant Martin Express LLC, a limited liability company, is not now, nor was it at any time pertinent to this action, an infant, incompetent, or otherwise under disability.

6. Defendant Martin Express LLC failed to file with the Court an answer, pleading, or motion responsive to the Complaint prior to January 11, 2021, or at any time thereafter.

7. Pursuant to Fed. R. Civ. P. 55(a), entry of default was entered against Defendant Martin Express LLC on February 9, 2021. [D.E. 8.]

8. Plaintiff is entitled to default judgment against Defendant Martin Express LLC as a matter of law.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** pursuant to Fed. R. Civ. P. 55(b), that Default Judgment be entered against Defendant Martin Express LLC as follows:

1. In the principal amount of $42,400.00;

2. Interest at the rate of $9.29 per day from and after August 27, 2020, until the date of entry of judgment; and,

3. Interest on the balance of this Default Judgment at the legal rate from and after the date of entry of Judgment.

SO ORDERED. This the 19 day of March, 2021.

JAMES C. DEVER III
United States District Judge